Robert C. Montgomery
ROBERT C. MONTGOMERY, CHTD.
Idaho SBN: 1793
2160 S. Twin Rapid Way
Boise, ID 83709
Ph: (208) 322-8865
Fax: (208) 322-8395
bmontgomerylaw@gmail.com
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO
### SOUTHERN DIVISION

| | |
|---|---|
| ROCHELE REED | Case No. 1:12-cv-00492-LMB |
| Plaintiff, | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| CRITICAL RESOLUTION MEDIATION, LLC | |
| Defendant, | |

COME NOW, the above-entitled parties, and hereby acknowledge and agree that they have reached a settlement in this action and therefore stipulate that this action shall be dismissed with prejudice, each party to pay for his/her/its own attorneys fees and costs.

Date: 11/26/12

PLAINTIFF
By _____
Attorney for Plaintiff

Date: 11/20/12

DEFENDANT
By _____
Authorized Representative

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1