UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROCHELE REED, | Case No. 1:12-cv-00492-LMB |
| Plaintiff, | |
| | ORDER DISMISSING CASE |
| vs. | |
| CRITICAL RESOLUTION MEDIATION, LLC, | |
| Defendant. | |

This matter is before the Court on the parties Stipulation to Dismiss with prejudice. (Dkt. 4). After reviewing the record and finding good cause,

It is hereby ORDERED that the Stipulation is GRANTED and the cause of action is DISMISSED with prejudice, with each party bearing their own fees and costs.

DATED: December 3, 2012

Honorable Larry M. Boyle
U. S. Magistrate Judge

**ORDER DISMISSING CASE - 1**